THE PEOPLE OF THE STATE OF NEW YORK ex rel. DELAWARE AND HUDSON COMPANY, Appellant, *v.* JAMES L. WELLS et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

(Argued November 27, 1928; decided December 31, 1928.)

*Morgan J. O'Brien, Edwin J. Freedman* and *H. T. Newcomb* for appellant.

*George P. Nicholson, Corporation Counsel* (*William H. King* and *Eugene Fay* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.